# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Vairrun Strickland

Plaintiff,

v.

City Of Markham, et al.

Defendant.

Case No.: 1:22–cv–01419
Honorable John J. Tharp Jr.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 18, 2024:

      MINUTE entry before the Honorable John J. Tharp, Jr:For the reasons set forth in the accompanying memorandum opinion and order, the defendants' motions to dismiss [22] [28], converted to motions for summary judgment, are granted. All future dates and deadlines are stricken; all other pending motions are denied as moot. Final judgment shall be entered in favor of the defendants. Civil case terminated. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.