IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VAIRRUN STRICKLAND, ) | |
| ) | |
| Plaintiff, ) | No. 22 CV 01419 |
| ) | Judge John J. Tharp, Jr. |
| v. ) | |
| ) | |
| CITY OF MARKHAM, a municipal ) | |
| corporation; ANTHONY MAZZIOTTA, ) | |
| in both his official and individual ) | |
| capacity, | |
| Defendants. | |

## JUDGMENT ORDER

This action having been decided by Judge John J. Tharp, Jr. on the defendants' motions to dismiss converted to motions for summary judgment, it is hereby ORDERED:

Judgment is hereby entered in favor of defendants City of Markham and Anthony Mazziotta and against plaintiff Vairrun Strickland. Defendants shall recover costs from plaintiff.

Dated: November 18, 2024

/s/ John J. Tharp, Jr.
John J. Tharp, Jr.
United States District Judge